**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**JHORBER JOSE REQUENA ARRAEZ**,

*Petitioner*,

v.

**JOHN TSOURAKIS**, ***et al.***,

*Respondents*.

No. 26-cv-14167

**ORDER**

**O'HEARN, District Judge.**

Before the Court is the Petition for Writ of Habeas Corpus. (ECF No. 1). The Court held a hearing on November 23, 2026. For the reasons stated on the record and for the reasons to be set forth in a forthcoming Opinion or Order, **IT IS ORDERED** that Respondents shall release Petitioner from custody no later than 5:00 p.m. on November 24, 2026, and file confirmation of release on the docket. To effectuate meaningful relief and prevent circumvention of the relief granted herein, it is further **ORDERED** that Respondents shall not re-arrest or detain Petitioner for a period of fourteen (14) days absent materially changed circumstances bearing on the statutory detention authority.

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: November 23, 2026